IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUSTIN COOK, deceased, by and through Anthony M. Petrone, as Administrator of the Estate of Justin Cook, | )<br>)<br>) No. 14 CV 7997<br>) |
| Plaintiff, | ) JUDGE JOHN J. THARP, JR.<br>) |
| vs. | ) MAGISTRATE SUSAN COX<br>) |
| CITY OF CHICAGO, a Municipal corporation; CHICAGO POLICE SERGEANT JEFF TRUHLAR, Star # 2128, CHICAGO POLICE OFFICERS TIMOTHY WHITMER, Star #14962, and LEONARD JAGLA III, Star #19415, individually and as employee/Agents of the CITY OF CHICAGO, a Municipal corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**FIRST AMENDED COMPLAINT AT LAW**

Now comes the Plaintiff, JUSTIN COOK, deceased, by and through Anthony M. Petrone, as Administrator of the Estate of Justin Cook, by and through his attorneys, LAW OFFICE OF JEFFREY J. NESLUND; MICHAEL D. ROBBINS & ASSOCIATES and LAW OFFICE OF ROBERT ROBERTSON, and for his Complaint at Law states as follows:

**INTRODUCTION**

1. This is an action for civil damages brought pursuant to 42 U.S.C. Sec. 1983 for the deprivation of plaintiff's constitutional rights. This Court has jurisdiction pursuant to 28 U.S.C. Sec. 1331 and 1343.

2. Venue in this district is proper pursuant to 28 U.S.C. sec. 1391 (b), because the facts which give rise to the claims asserted herein occurred in the Northern District of Illinois.

3. Plaintiff, JUSTIN COOK, deceased, was an individual who, at all times relevant hereto, was living in the Northern District of Illinois.

4. Defendants, CHICAGO POLICE SERGEANT JEFF TRUHLAR, Star #2128; CHICAGO POLICE OFFICER TIMOTHY WHITMER, Star #14962 and CHICAGO POLICE OFFICER LEONARD JAGLA III, Star #19415, were at all times material hereto, duly appointed Chicago Police Officers employed by the City of Chicago acting in the capacity of sworn law enforcement officials.

## FACTUAL SUMMARY

5. On September 20, 2014, Plaintiff was driving a vehicle that was pulled over by DEFENDANT CHICAGO POLICE OFFICERS WHITMER and JAGLA, at or near 3916 W. Polk Street, Chicago, Illinois.

6. Plaintiff was stopped, detained and arrested by Defendants, CHICAGO POLICE OFFICERS WHITMER and JAGLA, on September 20, 2014.

7. Plaintiff, who suffered from severe asthma, began to suffer an asthmatic attack while in Defendants, CHICAGO POLICE OFFICERS WHITMER and JAGLA'S custody.

8. Rather than call for an ambulance or drive Plaintiff directly to a hospital, Defendants, CHICAGO POLICE OFFICERS WHITMER and JAGLA, called for Defendant, CHICAGO POLICE SERGEANT JEFF TRUHLAR.

9. Plaintiff told the Defendants, CHICAGO POLICE SERGEANT JEFF TRUHLAR and CHICAGO POLICE OFFICERS WHITMER and JAGLA that he could not breathe and that he needed immediate medical attention. It was also readily apparent to the DEFENDANT OFFICERS in observing the Plaintiff, that the Plaintiff was having great difficulty in breathing and needed immediate medical attention.

10. Defendants, CHICAGO POLICE SERGEANT JEFF TRUHLAR and CHICAGO POLICE OFFICERS WHITMER and JAGLA, failed to provide the Plaintiff with medical attention, despite the fact that the Plaintiff could not breathe and was losing consciousness.

11. As a result of Defendants', CHICAGO POLICE SERGEANT JEFF TRUHLAR and CHICAGO POLICE OFFICERS WHITMER and JAGLA, failure to provide the Plaintiff with prompt and appropriate medical attention, Plaintiff died on September 20, 2014.

## COUNT I
### (42 U.S.C. § 1983: False Arrest/Unlawful Detention)

12. Plaintiff re-alleges and incorporates paragraphs 1-11 as fully stated herein.

13. As described above, DEFENDANT OFFICERS, falsely arrested and unlawfully detained Plaintiff without justification and without probable cause.

14. The misconduct described in this Count was undertaken with malice, willfulness, and reckless indifference to the rights of others, and specifically, the rights of the Plaintiff.

15. As a result of the above-described wrongful infringement of Plaintiff's Forth Amendment rights, Plaintiff suffered mental distress and anguish before he died.

## COUNT II
### (42 U.S.C. § 1983: Deliberate Indifference to Serious Medical Condition)

16. Plaintiff re-alleges and incorporates paragraphs 1-11 above as fully stated herein.

17. After Plaintiff was detained and handcuffed by Defendants, CHICAGO POLICE OFFICERS WHITMER and JAGLA, Defendants knew the Plaintiff had a serious medical condition and that Plaintiff was in need of urgent medical assistance.

18. The Defendants, CHICAGO POLICE SERGEANT JEFF TRUHLAR and CHICAGO POLICE OFFICERS WHITMER and JAGLA, were deliberately indifferent to the

Plaintiff's serious medical need and failed to timely call for or otherwise provide him medical assistance.

19. The deliberate indifference of Defendants', CHICAGO POLICE SERGEANT JEFF TRUHLAR and CHICAGO POLICE OFFICERS WHITMER and JAGLA, caused physical harm to the Plaintiff, including physical pain and suffering which resulted in Plaintiff's death.

20. The misconduct described in this Count constituted deliberate indifference of Plaintiff's serious medical condition and was a violation of Plaintiff's Eighth Amendment Right.

## COUNT III
### (Intentional Infliction of Severe Emotional Distress)

21. Plaintiff re-alleges paragraphs 1 through 11 of Plaintiff's complaint, as if fully set forth at this point.

22. DEFENDANTS failed to secure prompt medical care for Plaintiff while he was suffering from a severe asthma attack and gasping for breath while he was detained and in their custody.

23. The failure to call for or otherwise secure prompt medical attention for the Plaintiff's serious medical condition was willful and wanton and caused Plaintiff extreme and prolonged suffering.

24. The DEFENDANTS are employees and/or agents of the City of Chicago, and the wrongful conduct herein described was committed by each of them within the scope of their respective employment duties, as employees and/or agents of the City of Chicago. By virtue of the fact that the Defendants' conduct was willful and wanton and was committed within the

scope of their employment, DEFENDANT CITY OF CHICAGO is liable under the doctrine of *Respondeat Superior*.

25.     The failure of the DEFENDANTS to call for or otherwise secure prompt medical care to Plaintiff caused the Plaintiff severe pain and anxiety and proximately caused Plaintiff's death.

26.     The acts and conduct of DEFENDANTS as set forth above were extreme and outrageous.  DEFENDANTS intended to cause, or were in reckless disregard of the probability that their conduct would cause, severe emotional distress to Plaintiff.

## COUNT IV
### (740 ILCS 180:  Wrongful Death)

27.     Plaintiff re-alleges paragraphs 1-11 of Plaintiff's complaint as if fully set forth at this point.

28.     In September 2014, and for sometime prior thereto, there was in full force and effect in the State of Illinois a certain Act, commonly known as the Wrongful Death Act, 740 ILCS 180.

29.     That Justin Cook, deceased, left surviving, the following minor descendants: Justin Cook, Jr. (DOB: 09/08/2011); Amiyah Cook (DOB: 01/07/2014); and Justice Cook (DOB: 07/18/2014) who as a consequence of said careless and negligent acts and/or omissions of the defendants, suffered pecuniary injuries including but not limited to, society, companionship, felicity, guidance, attention, advice, training, instruction and any and all other elements of loss of consortium.

30.     Anthony M. Petrone has been appointed Administrator of the Estate of Justin Cook, deceased, for the purpose of prosecuting this action.

WHEREFORE, the Plaintiff, Justin Cook, deceased by and through Anthony M. Petrone, the Administrator of the Estate of Justin Cook, demands judgment against the DEFENDANTS in a dollar amount sufficient to compensate the Plaintiff for his loss, together with the costs of this suit.

## COUNT V
### (735 ILCS 5/27-6: Survival Action)

31. Plaintiff re-alleges paragraphs 1-11 of Plaintiff's complaint as if fully set forth at this point.

32. Justin Cook sustained conscious pain and suffering prior to his death as the direct and proximate result of one or more of the Defendants' willful and wanton conduct in refusing the Plaintiff critical medical care despite their knowledge of Plaintiff's serious medical condition and obvious need for immediate medical treatment. Justin Cook would have been entitled to receive compensation from the Defendants, had he survived.

33. Anthony M. Petrone, as Administrator of the Estate of Justin Cook, brings this action pursuant to the Illinois Survival Statute, 735 ILCS 5/27-6.

WHEREFORE, Plaintiff demands judgment against the Defendants in a dollar amount sufficient to compensate the Plaintiff for his loss, together with the costs of this suit.

## REQUEST FOR RELIEF

33. Plaintiff, JUSTIN COOK, deceased, by and through Anthony M. Petrone, as Administrator of the Estate of Justin Cook, respectfully requests that the Court:

    a. Enter judgment in his favor and against Defendants, CHICAGO POLICE SERGEANT JEFF TRUHLAR; CHICAGO POLICE OFFICER WHITMER and CHICAGO POLICE OFFICER JAGLA;

    b. Award compensatory damages against Defendants, CHICAGO POLICE SERGEANT JEFF TRUHLAR; CHICAGO POLICE OFFICER WHITMER and CHICAGO POLICE OFFICER JAGLA;

  c. Award attorneys' fees against Defendants, CHICAGO POLICE SERGEANT JEFF TRUHLAR; CHICAGO POLICE OFFICER WHITMER and CHICAGO POLICE OFFICER JAGLA;

  d. Award punitive damages against Defendants, CHICAGO POLICE SERGEANT JEFF TRUHLAR; CHICAGO POLICE OFFICER WHITMER and CHICAGO POLICE OFFICER JAGLA; and

  e. Grant such other relief this Court deems just and appropriate.

## JURY DEMAND

Plaintiff, JUSTIN COOK, deceased, by and through Anthony M. Petrone, as Administrator of the Estate of Justin Cook, demands a trial by jury under the Federal Rule of Civil Procedure 38(b) on all issues so triable.

    Respectfully submitted,

    /s/ Jeffrey J. Neslund
    Jeffrey J. Neslund,
    One of the Attorneys for Plaintiff

JEFFREY J. NESLUND
LAW OFFICES OF JEFFREY J. NESLUND
20 N. Wacker Drive, Suite 3710
Chicago, Illinois 60606
(312) 223-1100

MICHAEL D. ROBBINS
MICHAEL D. ROBBINS & ASSOCIATES
20 N. Wacker Drive, Suite 3710
Chicago, Illinois 60606
(312) 899-8000

ROBERT ROBERTSON
LAW OFFICES OF ROBERT ROBERTSON
20 N. Wacker Drive, Suite 3710
Chicago, Illinois 60606
(312) 223-8600