# EXHIBIT B

**DEUTSCHMAN & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
77 WEST WASHINGTON STREET
SUITE 1525
CHICAGO, ILLINOIS 60602

JEFFREY S. DEUTSCHMAN
BRADLEY A. SKAFISH
LESLEY D. PICKERING
CLAIRE M. CONNOLLY

**NOTICE OF ATTORNEY'S LIEN**

(312) 419-1600
FAX (312) 419-1610

LINDA TALESKY
PARALEGAL

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF C O O K  )

December 2, 2015

TO: Ms. Lisa Franklin, Chicago Corporation Counsel, 30 N. LaSalle St., 9th Fl., Chicago, IL 60602

PLEASE TAKE NOTICE that Vanessa Clyde, Administrator of the Estate of Juwan Williams (hereinafter referred to as Claimant) has placed in our hands for suit or collection a certain suit, claim, demand or cause of action as a result of the wrongful death of Juwan Williams which occurred on May 19, 2014, caused by Justin Cook's wrongful conduct. You are hereby notified that said Claimant has entered into a contract with us to pay as compensation for services rendered in and about the prosecution of said suit, claim, demand or cause of action, a sum equal to one-third of any amount recovered by way of suit settlement, adjustment or otherwise.

**THIS MATTER RELATES TO YOUR CASE INVOLVING THE ESTATE OF JUSTIN COOK v. THE CITY OF CHICAGO, et al., 14 CV 7997 pending in the Federal District Court.**

YOU ARE FURTHER NOTIFIED that by virtue of the Attorney's Lien Law of Illinois, Chapter 13, Illinois Revised Statutes, Section 14, as amended, we claim a lien to the extent of our interest, as above set forth in said claim, demand, suit or cause of action, which lien by virtue of said law, attached to any verdict, judgment or order entered and to any money or property which may be recovered on account of such suit, claim, demand or cause of action, from and after service of this Notice.

_____
Attorneys for Claimant

STATE OF ILLINOIS  )
                   ) SS
COUNTY OF C O O K  )

The undersigned, being first duly sworn on oath, deposes and says that she served a copy of the above Notice upon the above-named party by enclosing a true and correct copy thereof in a duly-addressed envelope and depositing same in the U.S. Mail chute at 77 W. Washington St., Chicago, Illinois.

_____

Subscribed and sworn to before me this
2 day of Dec., 2015.

_____
Notary Public